**EXHIBIT 2**

## CONSENT TO SUE
### UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by D1 Installation Corp. d/b/a Umbrella, Central Construction Management LLC, Edwin Samaniego Caivinagua, Jorge Doe (last name unknown), and Gregory Kalamaras and/or other related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Continent Fee retainer signed by the named plaintiff in this case.

Wilson Efrain Cunchay Toaquiza
Full Legal Name

Signature

04-02-2026
Date