UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
LUIS ALFREDO TIPAN VILLEGAS and WILSON                    :
EFRAIN CUNUHAY TOAQUIZA,                                   :
                                                          :
                           Plaintiffs,                    :          26 Civ. 3239 (JPC)
                                                          :
              -v-                                         :          ORDER
                                                          :
D1 INSTALLATION CORP, *d/b/a Umbrella*, *et al.*,         :
                                                          :
                                                          :
                           Defendants.                    :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendants D1 Installation Corp and Central Construction Management LLC were served with a Summons and the Complaint on May 8, 2026, making their deadlines to respond May 29, 2026. *See* Dkts. 6-7. That date has passed, and the docket does not reflect responses to the Complaint from those Defendants. Accordingly, the Court *sua sponte* extends those Defendants' deadlines to respond to the Complaint to June 9, 2026. If those Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default as to those Defendants by June 16, 2026.

No later than June 5, 2026, Plaintiff must serve copies of this Order on (1) Defendant D1 Installation Corp by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with D1 Installation Corp on the New York Secretary of State's website—2089 Cedar Ave., Bronx, New York 10468—as well as any other addresses associated with D1 Installation Corp that may be known to Plaintiffs, *see* Dkt. 1 ¶¶ 21-27, and (2) Defendant Central Construction Management LLC by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Central Construction Management

LLC on the New York Secretary of State's website—25-04, 40th Ave., Long Island City, New York 11101—as well as any other addresses associated with Central Construction Management LLC that may be known to Plaintiff, *see id.* ¶¶ 30-33.  Within two days of such service, Plaintiff must file proof of service upon the docket.

In addition, three Defendants have been named in the Complaint without an affidavit of service being filed as to those Defendants.  By June 9, 2026, Plaintiffs shall file a letter explaining whether those Defendants have been served and, if so, the affidavits of service for each Defendant.

SO ORDERED.

Dated:  June 2, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2