

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

June 9, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re:     *Villegas v. D1 Installation Corp. d/b/a Umbrella*, Case No. 1:26-cv-03239

Dear Judge Cronan:

This firm represents the plaintiffs in the above-referenced matter ("Plaintiffs"). In accordance with the Court's June 2, 2026 Order, Plaintiffs write to report on the status of service of process on individual defendants Gregory Kalamaras, Edwin Samaniego Caivinagua, and Jorge Enciso. Although repeated attempts to serve those individuals have been made, service has not yet been completed. Plaintiffs will continue their efforts to serve the individual defendants and will file affidavits of service upon completion of service.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Lisa Skruck*

Lisa Skruck

cc: All counsel of record (via ECF)