

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

June 29, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

> Re:    ***Villegas v. D1 Installation Corp. d/b/a Umbrella*, Case No. 1:26-cv-03239**

Dear Judge Cronan:

This firm represents the plaintiffs in the above-referenced matter ("Plaintiffs"), writing in response to the Court's June 25, 2026 Order. The Order stated that Plaintiff's application for a Certificate of Default against defendants D1 Installation Corp d/b/a Umbrella and Central Construction Management LLC (the "Corporate Defendants") was submitted "beyond their deadline to do so and without first filing the requisite proof of service." We wish to ensure our interpretation of the Order is correct. Is the "requisite proof of service" referred to by the Court proof of service of the default application papers or of the summons and complaint? Proof of service of the summons and complaint on the Corporate Defendants was filed on May 20, 2026 (Dkt No. 6-7). We respectfully request additional time to file our request for a certificate of default against the Corporate Defendants. We also request an additional day to file the proof of service, assuming the proof of service in question is proof of service of the default papers.

As to service of the summons and complaint, Plaintiffs have only been able to serve the Corporate Defendants to date. As stated in our letter of June 9, 2026, we have been unable to effect service on individual defendants Gregory Kalamaras, Edwin Samaniego Caivinagua, and Jorge Enciso. Plaintiffs will continue their efforts to locate and serve those defendants. We note that the 90-day period in which to serve them expires on July 20, 2026.

We thank the Court for its consideration.

Plaintiffs are directed to re-read this Court's June 2, 2026 Order, Dkt. 8, which *sua sponte* extended the answer deadlines of Defendants D1 Installation Corp and Central Construction Management LLC and ordered Plaintiffs to serve copies of *that* (*i.e.* the June 2) Order on those Defendants in a particular manner.  *See* Dkt. 8 at 1-2; *see also* Dkt. 11 at 1 ("Plaintiffs were further ordered to personally serve copies of the Court's June 2, 2026 Order on those Defendants by June 5, 2026, and to file proof of service on the docket within two days of such service.").  Plaintiffs shall serve Defendants with the June 2, 2026 Order in the manner specified by that order by July 2, 2026, and shall file proof of service on the docket by July 6, 2026.  The Clerk of Court is respectfully directed to close Docket Number 12.

Respectfully submitted,

/s/ *Lisa Skruck*

Lisa Skruck

SO ORDERED.
Date: June 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge