UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUIS ALFREDO TIPAN VILLEGAS and WILSON EFRAIN CUNUHAY TOAQUIZA, Plaintiffs, | : | 26 Civ. 3239 (JPC) |
| -v- | : | <u>ORDER</u> |
| D1 INSTALLATION CORP, *d/b/a Umbrella*, *et al.*, Defendants. | : | |

JOHN P. CRONAN, United States District Judge:

On July 31, 2026, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for August 26, 2026 at 2:00 p.m. Dkt. 25 at 1-2. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id.* at 2. Both items were due August 19, 2026. *Id.* at 1-2. The parties failed to submit either.

By August 21, 2026, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 25. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge