UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS ALFREDO TIPAN VILLEGAS and WILSON EFRAIN CUNUHAY TOAQUIZA,

Plaintiffs,

-v-

D1 INSTALLATION CORP, *d/b/a Umbrella*, *et al.*,

Defendants.

---

26 Civ. 3239 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 1, 2026, counsel for Defendant Central Construction Management LLC informed Plaintiffs that Defendant Gregory Kalamaras had died. Dkt. 15. On September 29, 2026, Plaintiffs moved to substitute Evangelia Kalamaras for Gregory Kalamaras, Dkt. 29; Evangelia Kalamaras is the proposed executor of Gregory Kalamaras's estate, *see* Dkt. 30 ¶ 2.

By October 6, 2026, the parties shall submit a joint letter (i) confirming whether Defendants object to this substitution; and (ii) providing any information as to whether Evangelia Kalamaras consents to the substitution.

SO ORDERED.

Dated: September 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge