UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LUIS ALFREDO TIPAN VILLEGAS and WILSON EFRAIN CUNUHAY TOAQUIZA,<br><br>Plaintiffs,<br><br>-v-<br><br>D1 INSTALLATION CORP, *d/b/a Umbrella*, *et al.*,<br><br>Defendants. | : | 26 Civ. 3239 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

Plaintiffs have announced that they intend to seek Certificates of Default against D1 Installation Corp. ("D1") and Edwin Samaniego Caivinagua ("Caivinagua"). Dkt. 37. The Court addresses each Defendant in turn.

Plaintiffs served the Summons and Complaint on D1 on May 8, 2026. Dkt. 6. On June 2, 2026, after D1 failed to appear, the Court (i) extended D1's deadline to answer; and (ii) directed Plaintiffs to serve the June 2 Order on D1 by June 5, 2026. Dkt. 8. Plaintiffs responded by seeking a certificate of default on June 17, 2026, without ever serving the June 2 Order. Dkt. 10. The Court then once again instructed Defendants to file proof of service of the June 2 Order, and to do so by June 29. Dkt. 11.

On June 29, 2026, Plaintiffs expressed confusion about what they needed to serve, asking whether they should file "proof of service of the default application papers or of the summons and complaint." Dkt. 12 at 1. On the same day, the Court instructed Plaintiffs to read the text of its orders, and it again ordered Plaintiffs (for the third time) to serve the June 2 Order, setting new deadlines of July 2, 2026, for service, and July 6, 2026, for proof of service. Dkt. 13. Plaintiffs missed both deadlines, serving the Order on July 6, 2026, and filing proof of service on July 9,

2026. Dkt. 23. Plaintiffs then waited almost four months to seek a Certificate of Default. Dkt. 37. Nevertheless, while the Court is baffled by Plaintiffs' apparent unwillingness to read or follow its orders, D1 has persistently failed to appear, and the Court will therefore permit Plaintiffs to seek a Certificate of Default as to D1.

As for Caivinagua, Plaintiffs served him with copies of the Summons and Complaint on July 6, 2026. Dkt. 24. Caivinagua's deadline to respond to the Complaint was thus July 27, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court (i) orders Plaintiffs to serve this Order on Caivinagua; and (ii) extends Caivinagua's deadline to respond to the Complaint until two weeks from the date that Plaintiffs file on the docket proof that they have served Caivinagua with this Order.

Plaintiffs shall file proof of such service no later than November 13, 2026. If Caivinagua then fails to respond to the Complaint within two weeks of the filing of proof of service, Plaintiffs may seek a Certificate of Default against Caivinagua after following Section 3.D of the undersigned's Individual Rules and Practices in Civil Cases.

SO ORDERED.

Dated: November 5, 2026
New York, New York

JOHN P. CRONAN
United States District Judge